No. 98–277. ARMSTRONG v. SCHOOL DISTRICT OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–283. NEVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–288. WEBSTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–299. BASSO v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 98–300. HOLGATE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 98–301. PENNIX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–304. ROBERTSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–305. GREY v. CARRIER/UNITED TECHNOLOGIES CORP. C. A. 2d Cir. Certiorari denied.

No. 98–306. DOWTY v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 98–328. ALLISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–332. LENIUS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 98–342. FOSTER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 98–344. GROSSI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–349. MANGLITZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.